UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-25-19

MICHAEL GALEONE,

    Plaintiff,

-against-

ALLIED UNIVERSAL SECURITY et al,

    Defendants.

19-CV-7879 (JGK)

ORDER OF SERVICE

John G. Koeltl, United States District Judge:

    The plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to the Defendants Allied Universal Security, America Works of New York, New York Department of State Licensing Division, and New York State Division of Criminal Justice. The plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against the Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute. The plaintiff does not need a lawyer in order to complete service in this way. If the plaintiff would like to consult with a lawyer, he may call the Pro Se Clinic maintained by the New York Legal Assistance Group between 10 AM-4 PM at (212)-659-6190 to set up an appointment.

    Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). However, the plaintiff has not provided sufficient information to permit the Attorney General or Allied Universal Security and America Works of New York to identify the individual defendants that the plaintiff wishes to serve. Therefore, the plaintiff should provide as much specific information as possible about the

individuals whom the plaintiff wishes to serve such as the date of the incidents in question, the names of any individuals involved, the exact location of the incidents, and any other information that may be helpful in identifying the individuals.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package. The Clerk is directed to close Docket Number 4.

SO ORDERED.

Dated: November 25, 2019
New York, New York

_____
JOHN G. KOELTL
United States District Judge