```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

**MICHAEL GALEONE,**                                  19-cv-7879 (JGK)

        Plaintiff,                          <u>ORDER</u>

  - against -

**ALLIED UNIVERSAL SECURITY ET AL.,**

        Defendants.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff failed to serve the summons and complaint within the time required by Rule 4(m) of the Federal Rules of Civil Procedure. Although the Court granted an extension at docket no. 17, the Order granting the plaintiff additional time was returned as undeliverable because the plaintiff failed to provide a forwarding address. Accordingly, the case is dismissed without prejudice for failure to prosecute, for failure to comply with Rule 4(m), and for failure to inform the Court of a new service address.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **February 22, 2021**

                                                  /s/ John G. Koeltl
                                                      John G. Koeltl
                                              **United States District Judge**